UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-36255 |
|---|---|
|    JAMES F TOSSEY II | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4009999**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 3 | LITTON LOAN SERVICING<br>BANKRUPTCY DEPARTMENT<br>BOX 4387<br>HOUSTON, TX  77210 | 52.92 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/13/2010

Certificate of Service                08-36255

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES F TOSSEY II
4808 WILLOWBROOK
SPRINGFIELD, OH  45503

JOHN C A JUERGENS
1504 N LIMESTONE ST
SPRINGFIELD, OH  45503

(19.1n)
LITTON LOAN SERVICING
% MCCALLA RAYMER LLC BANKRPCY
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076

(3.1)
LITTON LOAN SERVICING
BANKRUPTCY DEPARTMENT
BOX 4387
HOUSTON, TX  77210

(3.3)
LITTON LOAN SERVICING
ATTN BANKRUPTCY DEPT
4828 LOOP CENTRAL DR
HOUSTON, TX  77081

(3.4)
MCCALLA RAYMER LLC
NATIONAL BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(1012.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                cs